Nicol A Ybarra
21939 W Hadley St
BuckeyeAZ 85326
(602) 710-3995



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicol A Ybarra,<br><br>          Plaintiff,<br><br>v.<br><br>Intensive Treatment Systems,<br><br>          Defendant(s). | CASE NUMBER: CV20-00115-PHX-DWL<br><br>COMPLAINT |

## Jurisdiction

This court has jurisdiction over this matter pursuant to Violation of protected statue and Law §§ . The plaintiff is a resident of Buckeye, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I was denied access to healthcare because of my race and gender

## Demand

Cumulative and punitive **Damages: $0** I am not sure of the liability of the damages caused

Date: 1\15\20

_Nicol Ybarra_
Signature of Pro Se Plaintiff
Nicol A Ybarra
21939 W Hadley St
Buckeye, AZ 85326
(602) 710-3995